UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO ROMANO and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KIM KARDASHIAN aka KIMBERLY NOEL KARDASHIAN; ARNOLD ALOIS SCHWARZENEGGER; CONRAD MURRAY,<br><br>  Defendants.<br>_____/ | NO. CIV. S-12-01694 LKK/KJN |

The court is in receipt of a request for a "Preliminary Injunction Temporary Restraining Order," ECF No. 1, filed by the pro se plaintiff in this case. The request is incoherent, and does not appear to request any immediate relief. Accordingly, the request is DENIED.

IT IS SO ORDERED.

DATED: June 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1