UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINO ROMANO and all
others similarly situated,

        Plaintiff,

    v.

KIM KARDASHIAN aka
KIMBERLY NOEL KARDASHIAN;
ARNOLD ALOIS SCHWARZENEGGER;
CONRAD MURRAY,

        Defendants.

NO. CIV. S-12-01694 LKK/KJN

The court is in receipt of a request for a "Preliminary Injunction Temporary Restraining Order," ECF No. 1, filed by the pro se plaintiff in this case. The request is incoherent, and does not appear to request any immediate relief. Accordingly, the request is DENIED.

    IT IS SO ORDERED.

    DATED: June 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1